UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELIA GRANADOS,

                Plaintiff,

-against-

NEW YORK STATE DEPT. OF CORR.
COUNSEL OFFICE, ET AL.,

                Defendants.

23-CV-6165 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff filed this action *pro se* and *in forma pauperis* ("IFP"). By order dated January 8, 2024, the Court dismissed the complaint under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii). (ECF 7.) On January 24, 2024, Plaintiff filed a notice of appeal and a motion for an extension of time to file a notice of appeal. On July 10, 2024, the Court of Appeals dismissed the appeal because it lacked "an arguable basis either in law or in fact." No. 24-236 (2d Cir. July 10, 2024). Because Plaintiff's appeal has already been adjudicated, the Court denies as unnecessary the motion for an extension of time to file a notice of appeal.

## CONCLUSION

      The motion for an extension of time to file a notice of appeal is denied as unnecessary. The Clerk of Court is directed to terminate it. (ECF 10.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   September 16, 2024
         New York, New York

                                           /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge